BELLA B. ALOYTS et al., Respondents, v 601 TENANT'S CORP., Respondent, and JEFF BERGER, Appellant.

Submitted November 28, 2011; decided March 27, 2012

Reported below, 84 AD3d 1287.

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2).

---

In the Matter of DAVID BURR, Appellant, v TIMOTHY B. HOWARD, Sheriff of Erie County, Respondent.

Submitted January 17, 2012; decided March 27, 2012

Reported below, 2011 NY Slip Op 92347(U).

Motion for leave to appeal dismissed upon the ground that the December 2011 Appellate Division order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

In the Matter of DAVID BURR, Appellant, v TIMOTHY B. HOWARD, Sheriff of Erie County, Respondent.

Submitted March 5, 2012; decided March 27, 2012

Reported below, 2012 NY Slip Op 60911(U).

Motion for leave to appeal dismissed upon the ground that the January 2012 Appellate Division order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.